IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

JOHN MILLER,                             :        CIVIL ACTION
                          Petitioner     :
                    v.                   :
                                         :
JEFFREY BEARD, et al,                    :        NO.  05-5285
                          Respondents

_____

## NOTICE OF APPEAL

COMES NOW, John Miller, Petitioner in the above entitled matter pursuant to 28 United States Code § 2254, by his attorney, Burton A. Rose, Esquire, and hereby gives Notice of an Appeal to the United States Court of Appeals for the Third Circuit from the Order and Memorandum of the Honorable Bruce Kauffman, Judge of the United States District Court for the Eastern District of Pennsylvania, filed January 30, 2007, a true and correct copy which is annexed hereto, denying and dismissing the Petitioner s Petition for a Writ of Habeas Corpus and also denying the issuance of a Certificate of Appealability.

Respectfully submitted,

_____
BURTON A. ROSE
Attorney for John Miller
**Signature Validation Code: BAR 2021**

1731 Spring Garden Street
Philadelphia, Pa 19106-3519
(215) 564-5550

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

JOHN MILLER,                         :        CIVIL ACTION
                         Petitioner  :
              v.                     :
                                     :
JEFFREY BEARD, et al,                :        NO.  05-5285
                        Respondents

_____

## CERTIFICATE OF SERVICE

COMES NOW, Burton A. Rose, Attorney for John Miller, in the above

captioned matter, and hereby respectfully certifies that a true and correct copy of

the attached Notice of Appeal  for Defendant has been forwarded by First Class

Mail to:

Honorable Bruce W. Kauffman          John W. Goldsborough, Esquire
United States District Judge         Assistant District  Attorney
U. S. Courthouse, Suite 5613         Federal Litigation Unit
610 Market Street, Room              Three South Penn Square
Philadelphia, PA 19106               Philadelphia, PA 19107


                                     Respectfully submitted,



DATED:  February 16, 2007            _____
                                     BURTON A. ROSE
                                     Attorney for John Miller
                                     **Signature Validation Code: BAR 2021**